OPINION — AG — ** JUSTICE OF PEACE — TAX — CONVICTION ** IN THE COURT OF COMMON PLEAS OF TULSA COUNTY THE CLERK SHOULD TAX AND COLLECT FOR EACH CONVICTION FOR GAMBLING, CARRYING CONCEALED WEAPONS, DISTURBING RELIGIOUS WORSHIP AND FOR VIOLATION OF THE ENFORCEMENT ACT A FEE OF $15.00 AND FOR A CONVICTION IN ALL MISDEMEANOR CASES OTHER THAN THOSE MENTIONED THE SUM OF $10.00 CITE: 20 O.S. 651 [20-651], 20 O.S. 660 [20-660], 20 O.S. 662 [20-662], 28 O.S. 38 [28-38] [28-38] (SAM H. LATTIMORE)